# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Dallas Division*

Chelsea L. Davis
Plaintiff

v.

McKool Smith P.C. et al
Defendant

3:14-cv-04190-B
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Chelsea L. Davis

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

McKool Smith P.C., GECESP Associates LLC, Samuel Baxter, Harlan Crow, Crow Holdings Capital Partners LLC, Leslie Ware, PanOptis Patent Management LLC, Softline Consulting LLC, PanOptis IP LLC, Agincourt Gaming LLC, The Film Group LLC, PanOptis Holdings LLC, PanOptis Equity Holdings LLC, Kingfisher Fund I LP, Kingfisher Fund III LP, Blitz Stream Video LLC, Northern Gannet GP LLC, Texas MP3 Technologies Management LLC, Britton Monts, Harrison Development Corp., PanOptes Corp., Bosque Utilities Corp., Ware Land & Development Corp., Crandall Development Corp., Daedelus Corp., Basyk Technologies Inc.,  DCS Interiors, Nanotechnologies America Inc., NT-MDT Co., Optis CT Holdings LLC, Optis Wireless Technology LLC, Optis WT Holdings LLC, Optis Cellular Technology LLC,

i4i, Inc., T. Gordon White, Acacia Research Group LLC, RPX Corporation, Dowling Consulting, Inc., Ward & Smith Law Firm, Patent Business Development LLC, Chip Packaging Solutions LLC, Robert A. Westerlund, Eric Dowling, Eric Albritton, Susman Godfrey LLC, William Carmody, Pershing Square Capital Management LP, Hayman Capital Management LP, Carlson Capital LP, Kynikos Associates LP, Omega Advisors Inc., Colt Ventures, Dallas Cowboys Football Club Ltd., William Ackman, J. Kyle Bass, Clint Carlson, James Chanos, Leon Cooperman, Chad Bushaw, Stephen Jones, David White, Jason Mackey, J.W. Amend, Barry Sorrels, Mark Werbner, Carlos R. Cortez, Ashton Randall, Greg Anderson, R. Brian Teal, Barry Hancock, Peter Ayers, Jared Caplan, Ryan Parrott, Randy Johnston, Lawrence J. Friedman, Dick Sayles, Ben C. Martin, Lidji Dorey & Hooper, Brian M. Lidji, Goranson Bain PLLC, Gray Reed & McGraw P.C. (*and* Looper Reed & McGraw), KEN STONE, JAMIE RIBMAN, Jeff Hall, FOX ROTHSCHILD LLP, DARRELL MINTER, MILLER BROWN LLP, J. Robert Miller Jr., CHRISTY E. MADDEN, Friedman & Feiger LLP, Carlos Morales, Gibson Dunn LLP, Veronica S. Lewis, William B. Dawson, Benjamin D. Williams, Abernathy, Roeder, Boyd & Joplin, P.C., Ross Wells, Figari & Davenport LLC, A. Erin Dwyer, Herring & Irwin, CHARLES HERRING, Clinesmith Wooten Smith, Dawn Smith, Law Office of Chris Knox, Chris Knox, Law Office of Nicole Knox, Nicole Knox, Law Office of Bill Knox, William T. "Bill" Knox, Baker Botts LLP, George Lamb, Calvin Roderick Phelan, Trevor R. Jefferies , Arnold & Porter LLP, Vanessa Griffith, Vinson & Elkins LLP, Jamie McKey, Kendall Law Group, Levi G. McCathern, II, McCathern, PLLC, Lewis T. Stevens, Hanshaw Kennedy Marquis PLLC, Collin D. Kennedy, Royce West, United States Patent & Trademark Office, United States, Internal Revenue Service, Limoland USA Corp., KD Wave Ltd., Unwired Planet Inc. (formerly Openwave), Ericsson Inc.,

| | |
|---|---|
| Date: | 11/25/2014 |
| Signature: | /s/Chelsea L. Davis |
| Print Name: | Chelsea L. Davis |
| Bar Number: | TX 24059652 |
| Address: | 25 Highland Park Vlg., 100-830 |
| City, State, Zip: | Dallas, TX 75205 |
| Telephone: | 469-426-5850 |
| Fax: | 469-533-0466 |
| E-Mail: | cdavis@chelseadavispc.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons