# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

**CHELSEA L. DAVIS**
*Plaintiff*

**V.**

**MCKOOL SMITH P.C., et al**
*Defendant*

**CASE NO. 3:14-cv-4190-B**

## Request for Summonses

ATTORNEY TX BAR NO. 24059652 hereby requests the clerk to reissue the emailed summonses using her physical address shown below instead of her Dallas address.

Dated: Dec. 1, 2014                         Respectfully,

/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*
TX Bar No. 24059652
2068 Meadow View Dr.
Princeton, TX 75407
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

## CERTIFICATE OF SERVICE

On this day, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically by email or, as a pro-se party, on the date it is electronically docketed in the court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court,

Dated: Dec. 1, 2014                         /s/Chelsea L. Davis
                                            Chelsea L. Davis, *pro-se*