# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

**CHELSEA L. DAVIS**
    *Plaintiff*

**V.**

**MCKOOL SMITH P.C., et al**
    *Defendant*                                        Civ. Action No. <u>Sealing Action</u>
                                                                                        **CASE NO. 3:14-cv-4190-B**

## <u>REQUEST FOR CLERK TO ENTER NOTICE OF PAYMENT FOR SEPARATE CIVIL ACTION AND TO ISSUE A SEPARATE CIVIL ACTION NUMBER FOR SEALING ACTION IN CASE NO. 3:14-CV-4190-B</u>

ATTORNEY TX BAR NO. 24059652 paid $46 for Intervenor to file initiating motion to initiate a separate civil action, the Sealing Action, which has been moved to this *Davis v. McKool Smith P.C. et al,* Case No. 3:14-cv-4190-B at Doc. 8 (N.D. Tex. opened Nov. 26, 2014). Request is hereby made for the clerk to issue a separate civil action number in Case No. 3:14-cv-4190-B for the Sealing Action. Request is also made for the clerk to enter the notice of payment of $46 for the Sealing Action in Case No. 3:14-cv-4190-B.

Dated: Dec. 1, 2014                          Respectfully,

                                                   <u>/s/Chelsea L. Davis</u>
                                                   Chelsea L. Davis, *pro-se*
                                                   TX Bar No. 24059652
                                                   2068 Meadow View Dr.
                                                   Princeton, TX 75407
                                                   Telephone: (469) 426-5850
                                                   Facsimile: (469) 533-0466
                                                   cdavis@chelseadavispc.com

# CERTIFICATE OF SERVICE

On this day, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically by email or, as a pro-se party, on the date it is electronically docketed in the court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court,

Dated: Dec. 1, 2014 /s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*