UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| CHELSEA L. DAVIS, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:14-CV-4190-B |
| | § | |
| MCKOOL SMITH PC, ET AL | § | |
| | § | |
| Defendant. | § | |

## ORDER OF TRANSFER

Because of common questions of fact and law, and in the interests of judicial economy, this case is hereby **transferred** to the docket of the **Honorable David C. Godbey**, United States District Court, Northern District of Texas. All future pleadings and other papers shall henceforth be filed under Criminal Action No. 3:14-CV-4190-N.

SO ORDERED.

SIGNED: December 8, 2014.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE