IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-CV-4190-N |
| | § | |
| MCKOOL SMITH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

By separate Order of this same date, the Court enter its Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge and dismissed all of Plaintiff Chelsea Davis's claims in this action with prejudice. The Court accordingly orders that Davis take nothing by her claims against Defendants. Court costs are taxed against Davis. All relief not expressly granted is denied. This is a final judgment.

SIGNED February 4, 2015.

David C. Godbey
United States District Judge

JUDGMENT – SOLO PAGE